# NOTICE FROM THE U.S. TRUSTEE'S OFFICE WITH INSTRUCTIONS AND INFORMATION FOR PARTICIPATING IN TELEPHONIC SECTION 341 CREDITORS' MEETINGS IN THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| For **Chapter 7** Debtors Residing In | Normal 341 Location | Presiding Trustees | Call In Information |
|---|---|---|---|
| Whatcom County, Skagit County, San Juan County | Bellingham | Virginia A. Burdette, Dennis Lee Burman | Conference Line: 1-888-396-5019, Participant Code: 6032931 |
| Clallam County, Jefferson County, Kitsap County | Bremerton | Michael P. Klein, John S. Peterson | Conference Line: 1-866-660-6472, Participant Code: 8196120 |
| Snohomish County, Island County | Everett | Virginia A. Burdette, Dennis Lee Burman, Michael P. Klein | Conference Line: 1-866-763-1542, Participant Code: 4624291 |
| King County | Seattle | Ronald G. Brown, Nancy L. James, Edmund J. Wood | Conference Line: 1-866-707-2446, Participant Code: 7204500 |
| Pierce, Grays Harbor, Thurston, Lewis and Mason Counties | Tacoma | Brian Lowell Budsberg, Terrence J. Donahue, Kathryn A. Ellis, Mark D. Waldron | Conference Line: 1-866-829-9875, Participant Code: 4230506 |
| Clark, Cowlitz, Pacific, Skamania and Wahkiakum Counties | Vancouver | Charles D. Carlson, Russell D. Garrett, Donald A. Thacker | Conference Line: 1-866-882-3107, Participant Code: 4674917 |
| ALL **Chapter 12** cases | | Virginia A. Burdette | Conference Line: 1-866-628-6911, Participant Code: 9032639 |
| ALL **Chapter 13** cases | | Jason Wilson-Aguilar, Michael G. Malaier | Conference Line: 1-866-880-5064, Participant Code: 6951575 |
| ALL **Chapter 11** Cases | | U.S. Trustee's Office | Conference Line: 1-866-741-6993, Participant Code: 7578142 |

Identification Procedures:

Debtors should provide copies of their photo identification and proof of Social Security number to the presiding trustee prior to the start of the section 341 meeting. Copies may be provided through debtor's counsel or directly to the presiding trustee if debtor is unrepresented. If such proof has not been provided, the examination of the debtor may go forward but the meeting will be ultimately continued until the trustee has received proof of identification.

Preparation for the Call:

- Use a stable telephone line to avoid interruptions and background noise.
- Each call will have multiple parties; after connecting to the call please place your phone on mute and wait until your case is called before speaking.
- When your case is called, please speak loudly into the phone as the meeting is being audio recorded by the trustee.
- Debtors should be prepared and have copies of documents on which they can reasonably expect to be examined (petition, schedules, statement of financial affairs, tax returns, Rule 4002 documents, etc.) or any documents the trustee has indicated in advance that debtors should have available for questioning.